463 A.2d 29

Commonwealth v. Edney, Appellant.

Submitted April 12, 1983. Harold Diamond, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, MONTEMURO and POPOVICH, JJ.

Judgment of sentence affirmed.

463 A.2d 30

Commonwealth v. Gaerttner, Appellant.

Argued May 20, 1982. John Bozza, for appellant; Paul J. Susko, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, McEWEN and JOHNSON, JJ.

Judgment of sentence affirmed.